IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ashby, Marlon J | Case Number:  05 B 03561 |
| | Judge:  Squires, John H |
| Printed:  9/3/08 | Filed:  2/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 18, 2008
Confirmed: April 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 20,451.83 | |
| Secured: | | 16,403.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,405.20 |
| Trustee Fee: | | 1,007.50 |
| Other Funds: | | 635.15 |
| Totals: | 20,451.83 | 20,451.83 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,405.20 | 2,405.20 |
| 2. | Drive Financial Services | Secured | 24,896.85 | 16,403.98 |
| 3. | Archer Heights Credit Union | Unsecured | 1,601.20 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 110.66 | 0.00 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 536.10 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 67.70 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 1,282.73 | 0.00 |
| 8. | T Mobile USA | Unsecured | 95.81 | 0.00 |
| 9. | Camco Inc | Unsecured | 82.34 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 321.57 | 0.00 |
| 11. | Drive Financial Services | Unsecured | 361.98 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 531.00 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| | | | $ 32,293.14 | $ 18,809.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 55.89 |
| 3% | 45.74 |
| 5.5% | 272.48 |
| 5% | 82.57 |
| 4.8% | 128.04 |
| 5.4% | 356.72 |
| 6.5% | 66.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ashby, Marlon J | Case Number: 05 B 03561 |
| | Judge: Squires, John H |
| Printed: 9/3/08 | Filed: 2/3/05 |

_____
$ 1,007.50

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*